# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gordon, Leo M. | 2. Court or Organization<br><br>U.S. Court of International Trade | 3. Date of Report<br><br>08/06/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Court of International Trade - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of International Trade
One Federal Plaza
New York, NY 10278

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Dean's Advisory Board - Emory University School of Law - Atlanta, GA |
| 2. | Trustee | Hebrew Free Loan of New Jersey - Florham Park, NJ |
| 3. | Director | Federal Judges Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | �alttext Substitute Teaching Per Diem |
| 2. | 2018 | NJ Division of Pension & Benefits - Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown Law Center | March 7-10, 2018 | Washington, DC | Georgetown's International Trade Update (ITU) 2018 | Transportation, lodging, and meals |
| 2. | Federal Judges Association | May 5-6, 2018 | Washington, DC | FJA Board of Directors Meeting and Quadrennial | Transportation, lodging, and meals |
| 3. | Academy for Interchange and Exchange of Judicial Matters (AIEJ) | May 21-22, 2018 | Washington, DC | AIEJ Seminar | Transportation, lodging, and meals |
| 4. | Georgetown Law Center | June 28, 2018 | Washington, DC | Georgetown International Trade Planning Committee Meeting for 2019 | Transportation and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/06/2019 |

| | | | | |
|---|---|---|---|---|
| 5. | Tau Epsilon Phi Fraternity, Inc | October 5, 2018 | Chicago, IL | Convention & Business Meeting Chair | Transportation |
| 6. | Case Western University School of Law | October 25-27, 2018 | Cleveland, OH | Educational Seminar | Transportation, lodging, and meals |
| 7. | Academy for Interchange and Exchange of Judicial Matters (AIEJ) | November 3-10, 2018 | Munich, Germany | AIEJ Seminar | Transportation, lodging, and meals |
| 8. | Academy for Interchange and Exchange of Judicial Matters (AIEJ) | November 25-December 5, 2018 | Buenos Aires, Argentina | AIEJ Seminar | Transportation, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gordon, Leo M.** | 08/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sofi | Student Loans | K |
| 2. | Chase Card Services | Credit Card | K |
| 3. | Bank of America | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. VOYA SECUIRTY LIFE - WHOLE LIFE INSURANCE POLICY | A | Interest | J | T | | | | | |
| 2. TRANSAMERICA LIFE INS CO - WHOLE LIFE INS POLICY | A | Interest | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 4. FRANKLIN TEMPLETON HIGH INCOME TR FUND CL A - MUTUAL FUND (FHAIX) | A | Dividend | J | T | | | | | |
| 5. AMERICAN FUNDS - WASHINGTON MUTUAL INVESTORS FUND CL A (AWSHX) | B | Dividend | K | T | | | | | |
| 6. VERIZON COMMUNICATIONS INC (VZ) | A | Dividend | J | T | | | | | |
| 7. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 8. AMERIPRISE CASH (X) | A | Interest | J | T | | | | | |
| 9. APPLE - COMMON STOCK (AAPL) | B | Dividend | L | T | | | | | |
| 10. VISA INC - COMMON STOCK (V) | A | Dividend | J | T | | | | | |
| 11. DISNEY - COMMON STOCK (DIS) | A | Dividend | K | T | | | | | |
| 12. FRANKLIN TEMPLETON - TEMP CLASS A - WORLD FUND - MUTUAL FUND (TEMWX) | C | Dividend | K | T | | | | | |
| 13. IRA #1 (H) | | | | | | | | | |
| 14. CALAMOS INVESTMENT TRUST NEW GROWTH FUND - MUTUAL FUND (CGRIX) | A | Dividend | J | T | | | | | |
| 15. CALAMOS INVESTMENT TRUST NEW CONVERTIBLE FUND - MUTUAL FUND (CICVX) | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 16. WELL FARGO ADVANTAGE EMERGING MARKETS - EQUITY FUND MUT FUND (EMGNX) | A | Dividend | J | T | | | | | |
| 17. PIMCO REAL RETURN BOND (PRRIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 08/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 22 of the 2017 report is not reportable in this cycle. There is not a corresponding reportable transaction.

Part IV, line 8, This was a multi-city trip that included the following:

11/25-11/28: Buenos Aires, Argentina
11/28-12/1: Bariloche, Argentina
12/1-12/4: Salta, Argentina
12/5: Buenos Aires, Argentina

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo M. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544